# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| IN RE JOHN ROBERT ZURZOLO, | Case No.: 2:21-cv-01168-APG-EJY |
|---|---|
| Plaintiff | **Order Dismissing Case** |

I previously set a December 22, 2021 deadline for plaintiff John Zurzolo to file an amended complaint. ECF No. 5. I advised Zurzolo that failure to file an amended complaint would result in dismissal of this case, without prejudice to Zurzolo initiating a new action. *Id.* Zurzolo did not file an amended complaint.

I THEREFORE ORDER that this case is dismissed without prejudice to plaintiff John Zurzolo initiating a new action. The clerk of court is instructed to close this case.

DATED this 6th day of January, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE